B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern District Of Illinois

In re __Joel Patrick Akins__,  Case No. __13 B 43003__
Debtor

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__    Check one ☐ With the filing of the petition, or
                       ☑ On or before __Dec. 13, 2013__

$ __76.50__  on or before    January 10, 2014

$ __76.50__  on or before    February 7, 2014

$ __76.50__  on or before    March 7, 2014

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __NOV 21 2013__

_/s/ Pamela S Hollis_
United States Bankruptcy Judge